IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LONNIE MAXWELL                                               PLAINTIFF

v.                                    4:03CV00889 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                      DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b). See docket entry # 20.

Section § 406(b)(1)(A) provides that whenever a court renders a judgment favorable to a Social Security benefits claimant who was represented before the court by an attorney, "the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of past-due benefits to which the claimant is entitled by reason of such judgment. . . ."  The fee is payable "out of, and not in addition to, the amount of such past-due benefits." 42 U.S.C. § 406(b)(1)(A).  The total fees awarded for services performed at the administrative level and before a court can never exceed 25% of the retroactive benefits.  *Morris v. Social Security Admin.*, 689 F.2d 495, 496-98 (4th Cir. 1982); *Kopulos v. Barnhart*, 318 F. Supp. 2d 657, 661 (N.D. Ill. 2004).

On March 3, 2005, this Court entered judgment in favor of the Plaintiff and remanded the case to the Commissioner for further proceedings pursuant to sentence four to 42 U.S.C. § 405(g). On September 15, 2005, this Court awarded Plaintiff's counsel $3,231.25 in fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Pursuant to § 406(b), Plaintiff's counsel requests $10,388.50 in fees payable out of Plaintiff's past-due benefits. The Defendant has no objection to Plaintiff's counsel's request. The Court finds that counsel's fee request is reasonable and approves attorney's fees in the amount of $10,388.50 pursuant to § 406(b)(1). Plaintiff's counsel is directed to return the EAJA fee award in the amount of $3,231.25 to Plaintiff. *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002) (where an attorney is awarded fees under both § 406(b) and the EAJA, the claimant's attorney must refund to the claimant the amount of the smaller fee).

THEREFORE, Court finds that Plaintiff's counsel is entitled to attorney's fees in the amount of $10,388.50 pursuant to 42 U.S.C. § 406(b)(1), payable out of Plaintiff's past-due benefits. The Court directs the Commissioner to pay Plaintiff's counsel this sum. The Court directs Plaintiff's counsel to return the EAJA fee award in the amount of $3,231.25 to Plaintiff.

IT IS SO ORDERED this 9th day of March, 2007.


_____
UNITED STATES MAGISTRATE JUDGE